IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN MARTZ, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:11-CV-830
:
SCI-COAL TWP. THERAPEUTIC : (Judge Munley)
COMMUNITY, et al., :
:
    Defendants :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 18th day of September, 2014, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Remaining Defendants Mike Vivian and Linda Chismar's second motion for summary judgment (Doc. 43) is **GRANTED**.
2. The Clerk of Court is directed to **CLOSE** the case.

                                              BY THE COURT:

                                              <u>s/James M. Munley</u>
                                              JUDGE JAMES M. MUNLEY
                                              United States District Court